IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST ALTMANN,

       Plaintiff,

  v.

INDYMAC FEDERAL BANK, et al.,

       Defendants.

_____/

No. C 10-03717 CW

ORDER CONCERNING
SERVICE OF
DEFENDANTS

On August 20, 2010, Plaintiff Ernest Altmann filed this foreclosure-related action.  No Defendant has appeared, and Plaintiff has not filed proof that he has served any Defendant.  The deadline for service was December 20, 2010.  Fed. R. Civ. P. 4(m).  On February 9, 2011, the above-entitled action was reassigned to the undersigned.

Within seven days of the date of this Order, Plaintiff shall file proof that he served Defendants by December 20, 2010.  In the alternative, he may move for an extension of time for service, provided he has good cause to do so.  Plaintiff's failure to comply with this Order will result in the dismissal of his claims for failure to prosecute.

IT IS SO ORDERED.

Dated: 2/16/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALTMANN et al,

        Plaintiff,

  v.

INDYMAC FEDERAL BANK, ONE WEST BANK et al,

        Defendant.
_____/

Case Number: CV10-03717 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest  Altmann
16413 Sonora Road
Knights Ferry,  CA 95361

Dated: February 16, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

2