IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ALTMANN, | No. 10-03717 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS |
| v. | |
| INDYMAC FEDERAL BANK, ONE WEST BANK, et al., | |
| Defendants. / | |

On February 16, 2011, this Court issued an Order Concerning Service of Defendants requiring Plaintiff, within seven days of the date of the Order, to file proof that he served Defendants within the statutory time period or to file a motion for an extension of time for service, provided he has good cause to do so. On February 23, 2011, Plaintiff submitted a declaration from attorney John W. Villines, whom Plaintiff hired to represent him. Mr. Villines declares that Plaintiff did not timely serve Defendants because he did not understand the service process and deadlines, but that, after he received the Court's February 16, 2011 Order, he requested representation from Mr. Villines. Mr. Villines states that he anticipates that it will take him no more than thirty days to serve corporate Defendants and no more than sixty days to serve the

individual Defendant.  Plaintiff requests an additional sixty days in which to serve all Defendants.

For good cause appearing, the Court grants Plaintiff's motion and allows an additional sixty days in which he shall serve Defendants.  If he fails to serve them within this time period, the case will be dismissed for failure to prosecute.  If one or more but not all Defendants are served within this time period, the case shall proceed against the served Defendants and dismissed against the unserved Defendants.

IT IS SO ORDERED.

Dated: 3/4/2011

CLAUDIA WILKEN
United States District Judge

2